# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY LOUIS COLLEY

NO. 2019 KW 0674

AUG 19 2019

---

In Re:   Anthony Louis Colley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-19-0658.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.**  The district court is instructed to proceed toward disposition of relator's "Motion and Order for Resolution of Detainer, Alternative Motion for Speedy Trial And/Or Writ of Habeas Corpus," filed April 11, 2019 and May 24, 2019, if it has not already done so.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT